IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WILLIAM MARTNDALE,<br><br>Defendant. | Case No. 4:15-CR-205-BLW<br><br>**ORDER** |

The Court has before it a motion to suppress filed by defendant on July 11, 2016. Trial is currently set for August 8, 2016. The Court cannot hold a hearing on the motion to suppress until August 11, 2016.

The motion seeks to suppress numerous items that form the basis for the charges in this case. Accordingly, the motion must be resolved before trial and there is excludable time between the date of its filing and a reasonable time for its prompt resolution. See 18 U.S.C. §3161(h)(1)(D); *United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

The Court finds that the period of delay between the filing of the motion to

Order - 1

suppress (docket no. 20) on July 11, 2016, and the resolution of the motion is excludable time under 18 U.S.C. § 3161(h)(1)(D).  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the trial presently set for August 8, 2016 is VACATED and that trial is reset for **August 22, 2016 at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the period of time between the date the motion to suppress was filed and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that a hearing be held on the motion to suppress (docket no. 20) – and that a pretrial conference be held – on **August 11, 2016, at 10:00 a.m.** in the Federal Courthouse in Pocatello Idaho.

DATED:  **July 13, 2016**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2